IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

ARNULFO RODRIGUEZ
(Movant)

v

UNITED STATES OF AMERICA
(Respondent)



Case # 4:16-CR-00029-O(04)

Judge: REED C. O'CONNOR
U.S. DISTRICT JUDGE

4-18CV-876-O

"PETITION FOR DISCOVERY, INTERROGATORIES,
AND TRANSCRIPTS TRUE COPIES PURSUANT TO
FEDERAL RULES OF CRIMINAL PROCEDURE 16 (a)(1)(A)."

Comes now, Arnulfo Rodriguez, Movant Pro Se and for his cause in the above styled and titled action requesting this Honorable Court to issue an order granting his "Petition For Discovery, Interrogatories, and Transcripts True Copies, Pursuant to Federal Rules Of Criminal Procedure 16 (a)(1)(A).

In support of his request, Movant show the Court to the best of his abilities, that his request is non-frivolous and contains the requisite legal justification to be review and granted by this Honorable Court.

Movant does request the Court consider the arguments and legal justifications he present herein and all other pleadings and submissions he presents for consideration in this action be construed and considered under the auspices established by and pursuant to Haines v. Kerner 404 U.S. 519, 30 L.Ed 2d 652, 92 S. Ct. 594 (1972) wherein it is stated by the Justices in part: "Pro Se litigant's pleadings are to be construed liberally, granted great latitude and held to a less stringent standard than that of formal pleadings drafted by attorneys and it is in the interest of justice to do so." The Justices went on to state: "If the Court can reasonably read the pleading to state

a valid claim on which the litigant could prevail and the judge can see what he is driving at that ought to be enough and it should do so despite the failure to cite proper legal authority, confusion of legal theories, poor syntax and sentence construction or the litigants unfamiliarity with pleadings requirements." Movant herein request such interpretation.

On October 1, 2018, Movant filed a letter at this court requesting copies of the Docket Sheet, Indictment, Judgment and Commital, Statement of Reasons and the proper §2255 and In Forma Pauperis forms as well with the only purpose to be correct on his facts and narrative, and to submit the proper documentation on his effort to seek for relief. Movant was provided with alll the documentation aforementioned with the exception of the "Statement of Reasons".

Notwithstanding the whole amount of documents the Movant had received, he is hesitant to file any subsequent motion pursuing relief on his criminal case referenced above. Therefore, he had learned he is on the need to be provided with copies of his criminal case Transcripts, Interrogatives, and Discovery.

Furthermore, Movant avows that he has made numerous attempts to secure his entire criminal case file from his defense counsels and he has met with negative results. This has significantly impeded the Movant's ability to properly prepare his pleadings with enough suffiency.

Movant wishes to assert his right to have access to his necessary case file and legal material in order to properly prepare and presents his issues before the Court.

Wherefore, for the above indicated reasons, Movant prays

the Court grant his motion and allow him to proceed in this matter properly suited with his necessary documentary references.

For this he forever prays.

This 24th day of October, 2018.

>ARNULFO RODRIGUEZ #53753-177
>BOP GILES W. DALBY C. F. (A1-27L)
>805 NORTH AVENUE F
>POST, TEXAS 79356

## VERIFICATION.

I have read the foregoing "Petition For Discovery, Interrogatories, and Transcripts True Copies Pursuant to Federal Rules of Criminal Procedure 16 (a)(1)(A)" and hereby verify that the matters alleged therein, are true except as to matters alleged on information and belief, and as to those, I believe them to be true. I certify under the penalty of perjury that the foregoing is true and correct. Executed at Post, Texas on this October 24, 2018.

>ARNULFO RODRIGUEZ
>PRO SE LITIGANT

## CERTIFICATE OF SERVICE.

I certify under the penalty of perjury that the foregoing "Petition for Discovery, Interrogatories, and Transcripts True Copies Pursuant To Federal Rules of Criminal Procedure 16 (a)(1)(A)" was placed into the prison's mail system, postage pre-paid, for service upon this Court via United States Mail on October 24, 2018 to the United States District Court Clerk, for the Northern District of Texas, Fort Worth Division, at 501 W. 10th Street, room 310, Fort Worth, Texas 76102. Movant asks this Court's Clerk to serve all other interested parties via electronic notification.

>*Arnulfo Rodriguez*
>ARNULFO RODRIGUEZ Reg. #53753-177
>BOP GILES W. DALBY C. F. (A1-27L)
>805 NORTH AVENUE F
>POST, TEXAS 79356