IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

ARNULFO RODRIGUEZ (Movant)

v.

UNITED STATES OF AMERICA

Case # 4:16-CR-00029-O(04)

H. JUDGE: REED C. O'CONNOR
U.S. DISTRICT JUDGE

4-18CV-876-O



"MOTION TO RECEIVE COPIES AT GOVERNMENT'S EXPENSE AND APPLICATION TO PROCEED IN FORMA PAUPERIS."

Comes now the Movant, Arnulfo Rodriguez, Pro Se in this action, requesting that the Court order he be allowed to receive copies of documentation and the record without being required to pay for them.

In support to this motion, he shows to the Honorable Court the following:

-That he is in fact "Indigent" as he has been previously determined by this Court by assigning his case to a Public Federal Defender and being represented by attorney Robert J Herrington, appointed by the Court.

-That his actual material and financial position, has not improved enough to afford an attorney during his incarceration.

-That he is in fact requesting a proper In Forma Pauperis designation as an Indigent due to his poverty status in his forthcoming actions.

-That pursuant to 28 U.S.C. §2250, an Indigent prisoner is entitled to documents without cost.

Therefore, Movant herein request his motion to be granted so that, he be provided with the necessary documentation without costs and he be recognized as an Indigent and any other action

the Court may deem beneficial to him or his actions before the Court.

For this, he forever prays.

This October 24, 2018.

*Arnulfo Rodriguez*
ARNULFO RODRIGUEZ REG. #53753-177
BOP GILES W. DALBY C.F. (A1-27L)
805 NORTH AVENUE F
POST, TEXAS 79356

VERIFICATION.

I have read the foregoing "Motion to Receive Copies At Government's Expense and Application To Proceed In Forma Pauperis" and hereby verify that the matters alleged herein are true, except as to matters alleged on information and belief, and as to those, I believe them to be true. I certify under the penalty of perjury that the foregoing is true and correct. Executed at Post, Texas on this October 24, 2018.

*Arnulfo Rodriguez*
ARNULFO RODRIGUEZ.
REG. # 53753-177
PRO-SE LITIGANT

CERTIFICATE OF SERVICE.

I certify under the penalty of perjury that the foregoing "Motion to Receive Copies At Government's Expense and Application To Proceed In Forma Pauperis" was placed into the prison's mail system, postage pre-paid, for service upon this Honorable Court via United States Mail system on October 24, 2018, to the United States Dsitrict Court Clerk, for the Northern District of Texas, fort Worth Division at 501 W. 10th Street, Room 310, Fort Worth, Texas 76102. Movant asks this Court's Clerk to serve all other interested parties via electronic notification.

*Arnulfo Rodriguez*
ARNULFO RODRIGUEZ #53753-177
BOP GILES W. DALBY C.F (A1-27L)
805 N. AVE. F. POST, TX 79356