ARNULFO RODRIGUEZ N° 53753-177
BOP GILES W. DALBY C. F. (A1-27L)
805 NORTH AVENUE F
POST, TEXAS 79356

UNITED STATES DISTRICT COURT, CLERK
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION
501 WEST TENTH STREET ROOM 310
FORT WORTH, TEXAS 76102

RE: Missed documents inquire
Case #: 4:18-cv-876-O

December 4th, 2018.

Dear Clerk:

This correspondence has been wrote with the purpose to notify this your office and the Honorable Court about some missed documentation not ever received by me at any time by now.

The documents in mention are the following: Document number 1 (one) stamped "filed" copy; Document number 3 (three), Document number 4 (four); and Document number 5 (five), all of them out of the civil docket of the case number referenced above. Since I am unfamiliar and in fack lacking of legal understanding, I believe the obtention of the mentioned missed legal documents shall be useful on my efforts of being accurate and reasonable, notwithstanding my legal abilities limitations.

Thus, I am respectfully requesting the Court throughout this, the office of the Clerk, to allow me be provided with the respective missed documentation to continue working in my cause in order to be easily understood.

I am truly thankfully for your assistance, and anxiously awaiting for response.

Sincerely.

*Arnulfo Rodriguez*
Arnulfo Rodriguez
Pro-Se

ARNULFO RODRIGUEZ # 53753-177
BOP GILES W. DALBY C. F. (A1-27L)
805 NORTH AVENUE F
POST, TEXAS 79356

LUBBOCK TX 794
03 DEC 2018 PM 1 L

FORT WORTH DIVISION
RECEIVED
2018 DEC -6 PM 1:37
DEPUTY CLERK

UNITED STATES DISTRICT COURT, CLERK
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION
501 W 10TH STREET, ROOM 310
FORT WORTH, TEXAS 76102

76102-975999