# United States District Court
## Northern District of Texas

*Fort Worth Division*

12/7/18

Arnulfo Rodriguez
#53753-177
BOP Giles W Dalby CI
805 N Avenue F
Post, TX 79356

Re: Your correspondence received in the U.S. District Clerk's Office on  12/6/18
Case No./Style:   4:18-cv-00876-O   Rodriguez v. USA

Copies of docket sheets and/or documents require prepayment of the copy expense, currently $0.50 per page.  Certification of copies is an additional $11.00 per document.  A summary of the page counts and necessary fees is provided below:
Documents 1, 3, 4, and 5 total 28 pages= $14.00.  You may wish to include a copy of this letter with your payment.  The documents and receipt will be mailed to you.

                                                Sincerely,

                                                Deputy Clerk -  NPK