Case 4:18-cv-00876-O   Document 14   Filed 02/01/19   Page 1 of 2   PageID 60

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FEB - 1 2019
CLERK, U.S. DISTRICT COURT
By_____
Deputy

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| ARNULFO RODRIGUEZ § | |
| (Movant) § | |
| v § | Civil: 4:18-cv-00876-O |
| UNITED STATES OF AMERICA § | Honorable Judge: REED O'CONNOR |
| (Respondent) § | |

## "MOTION FOR LEAVE TO FILE SUPPLEMENT FOR MOTION UNDER 28 U.S.C §2255 TO VACATE, SET ASIDE OR CORRECT SENTENCE".

Comes now the Movant in the above styled and titled action Arnulfo Rodriguez, Pro Se and In Forma Pauperis and moves this Court to allow him to file a "Supplement in Support of Motion Under 28 U.S.C. §2255 To Vacate, Set Aside or Correct Sentence" by a person in Federal Custody with the purpose to expand the facts needed for Movant's allegations.

See Memorandum of Law, attached hereto.

Wherefore, motion must be granted.

January 28, 2019.

Respectfully submitted.

*Arnulfo Rodriguez*
ARNULFO RODRIGUEZ
PRO SE LITIGANT

1 of 1





UNITED STATES DISTRICT COURT, CLERK
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION
501 WEST 10TH STREET, ROOM 310
FORT WORTH, TEXAS 76102

ARNULFO RODRIGUEZ REG. #53753-177
BOP GILES W. DALBY C. F. (A1-27L)
805 NORTH AVENUE F
POST, TEXAS 79356